UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
NATHANIEL PAGE

        -V-

MICHAEL J. ASTRUE, Commissioner
of Social Security
--------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 3 2011 ★

BROOKLYN OFFICE

ORDER
CV99-2107 (JBW)



No timely objection having been taken to the Magistrate Judge's report and recommendations, they are adopted by the court. The case is dismissed. No costs or disbursements.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 8/11/11

